```
1   J. Andrew Coombs (SBN 123881)
    Annie S. Wang (SBN 243027)
2   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
3   Glendale, California 91206
    Telephone: (818) 500-3200
4   Facsimile:  (818) 500-3201

5   andy@coombspc.com
    annie@coombspc.com
6
7   Attorneys for Plaintiff
    Adobe Systems Incorporated
```

**ORIGINAL FILED**

MAY 1 2 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,

    Plaintiff,

v.

Max Acosta and Does 1 – 10, inclusive,

    Defendants.

Case No. C 08-02437 JSW

NOTICE OF INTERESTED PARTIES

CIVIL LOCAL RULE 3-16(c)(1)

Pursuant to Civil Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 7, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Acosta: Notice of Interested Parties     - 1 -