J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　Plaintiff,<br>　v.<br><br>Max Acosta and Does 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 08-2437 JSW<br><br>ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT |

　　　PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") makes this administrative request to Continue the Case Management Conference based on the following:

　　　WHEREAS on or about May 12, 2008, the Court set a Case Management Conference on August 22, 2008, at 1:30 p.m.;

　　　WHEREAS Plaintiff was informed that a personal emergency required Defendant to leave the country, not to return until the middle of August;

　　　WHEREAS there have been no prior continuances requested; and

　　　NOW, THEREFORE, Adobe requests that the Case Management Conference in the above captioned matter be continued until September 26, 2008, or a date thereafter acceptable to the Court, and all associated dates continued accordingly.

DATED: August 8, 2008　　　　　　　　　　J. Andrew Coombs, A Professional Corp.

　　　　　　　　　　　　　　　　　　　　　By:  ___/s/ Annie S. Wang_____
　　　　　　　　　　　　　　　　　　　　　　　J. Andrew Coombs
　　　　　　　　　　　　　　　　　　　　　　　Annie S. Wang
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Adobe Systems Incorporated

**DECLARATION OF ANNIE S. WANG**

I, Annie S. Wang, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Adobe Systems Incorporated ("Plaintiff") in an action styled Adobe Systems Incorporated v. Acosta, et al. I make this declaration in support of Plaintiff's Administrative Request that the Court continue the Case Management Conference. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On or about May 12, 2008, the Court set a Case Management Conference on August 22, 2008, at 1:30 p.m.

3. On or about the week of July 14, 2008, I had called and left a message for Defendant regarding settlement and the case generally. After receiving no return call, I emailed the Defendant on or about July 21, 2008, asking him to contact me when possible. After business hours on that same date I was informed via email by Defendant that he was out of the country due to a personal emergency but would return around the middle of August. On July 22, 2008, I sent Defendant an email about the Court's requirement to file a scheduling plan and Defendant's default among other things. On this date I also sent to Defendant a Joint Stipulation to Continue the Case Management Conference in light of Defendant's personal emergency. Later on July 22, 2008, Defendant responded that he was abandoning his defense and to date, I have not heard from Defendant or received anything from Defendant since.

4. In light of the above circumstances, I believe a short continuance would be constructive.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 8th day of August, 2008, at Glendale, California.

                                                ____/s/ Annie S. Wang_____
                                                      ANNIE S. WANG

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 8, 2008, I served on the interested parties in this action with the:

ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Max Acosta, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Max Acosta
843 N. La Fayette Park Pl.
Los Angeles, CA 90026

Place of Mailing: Glendale, California
Executed on August 8, 2008, at Glendale, California.

　　　　　　　　　　　　　_____/s/ Annie S. Wang_____
　　　　　　　　　　　　　　　　　Annie S. Wang

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:     (818) 500-3200
5  Facsimile:      (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                           UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10 | Adobe Systems Incorporated, | ) | |
|---|---|---|
11 |  | ) | Case No. CV 08-2437 JSW |
   | Plaintiff, | ) |  |
12 | v. | ) | [PROPOSED] ORDER GRANTING |
   |  | ) | CONTINUANCE OF CASE |
13 | Max Acosta and Does 1 – 10, inclusive, | ) | MANAGEMENT CONFERENCE |
   |  | ) |  |
14 | Defendants. | ) |  |

15     On or about May 12, 2008, the Court set a Case Management Conference on August 22,
   2008, at 1:30 p.m.
16
       Plaintiff thereafter filed a request to continue the Case Management Conference in light of
17 Defendant's extended absence.
18     In light of the request, and good cause being shown, the Case Management Conference
19 currently on calendar for August 22, 2008, at 1:30 p.m. is continued until _____,
20 at _____, and all associated dates continued accordingly.

21 IT IS SO ORDERED.
22
23 Dated: _____           _____
                                             Hon. Jeffrey S. White
24                                           United States District Judge

25 PRESENTED BY:
   J. Andrew Coombs, A Professional Corp.
26
   By: __/s/ Annie S. Wang_____
27       J. Andrew Coombs
         Annie S. Wang
28 Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Acosta, et al.: [Proposed] Order Granting Continuance     - 1 -
of Case Management Conference

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 8, 2008, I served on the interested parties in this action with the:

ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

Adobe Systems Incorporated v. Max Acosta, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Max Acosta
843 N. La Fayette Park Pl.
Los Angeles, CA 90026

Place of Mailing: Glendale, California
Executed on August 8, 2008, at Glendale, California.

　　　　　　　　　　　　　　　_____/s/ Annie S. Wang_____
　　　　　　　　　　　　　　　　　　Annie S. Wang