1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10 Adobe Systems Incorporated,           )
                                         )  Case No. CV 08-2437 JSW
11                  Plaintiff,           )
        v.                               )  [PROPOSED] ORDER GRANTING
12                                       )  CONTINUANCE OF CASE
   Max Acosta and Does 1 – 10, inclusive,)  MANAGEMENT CONFERENCE
13                                       )
                    Defendants.          )
14

15     On or about May 12, 2008, the Court set a Case Management Conference on August 22, 2008, at 1:30 p.m.

16     Plaintiff thereafter filed a request to continue the Case Management Conference in light of Defendant's extended absence.

17

18     In light of the request, and good cause being shown, the Case Management Conference currently on calendar for August 22, 2008, at 1:30 p.m. is continued until September 26, 2008, at 1:30 p.m., and all associated dates continued accordingly.

19

20

21 IT IS SO ORDERED.

22

23 Dated:  August 13, 2008                    _____
                                              Hon. Jeffrey S. White
24                                            United States District Judge

25 PRESENTED BY:
   J. Andrew Coombs, A Professional Corp.
26

   By:  __/s/ Annie S. Wang_____
27         J. Andrew Coombs
           Annie S. Wang
28 Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Acosta, et al.: [Proposed] Order Granting Continuance     - 1 -
of Case Management Conference

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 8, 2008, I served on the interested parties in this action with the:

ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Max Acosta, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Max Acosta
843 N. La Fayette Park Pl.
Los Angeles, CA 90026

Place of Mailing: Glendale, California
Executed on August 8, 2008, at Glendale, California.

                                             _____/s/ Annie S. Wang_____
                                                    Annie S. Wang