J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br>v.<br><br>Max Acosta and Does 1 – 10, inclusive,<br><br>    Defendants. | Case No. CV 08-2437 JSW<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT** |

Plaintiff Adobe Systems Incorporated, ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter the default in this matter against Defendant Max Acosta ("Defendant") on the grounds that the Defendant has failed to respond to the First Amended Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

Plaintiff served the Summons and Complaint on Defendant on or about May 26, 2008.

Plaintiff served the First Amended Complaint on Defendant on or about July 9, 2008.

An amended Proof of service was previously filed with the Court on or about August 8, 2008.

/ / /

/ / /

Adobe v. Acosta, et al.: Request for Entry of Default
- 1 -

The above stated facts are set forth in the accompanying declaration of Annie S. Wang filed herewith.

DATED: August 29, 2008     J. Andrew Coombs, A Professional Corp.

____/s/ Annie S. Wang_____
By:     J. Andrew Coombs
          Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

**DECLARATION OF ANNIE S. WANG**

I, ANNIE S. WANG, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Adobe Systems Incorporated ("Plaintiff") in an action styled <u>Adobe Systems Incorporated v. Max Acosta, et al.</u> I make this Declaration in support of Plaintiff's request that the Court Clerk enter default in this matter against Defendant Max Acosta ("Defendant"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am informed and believe the Defendant was served with Summons and Complaint on or about May 26, 2008.

3. I am informed and believe Defendant is not currently serving in the military.

4. On or about August 8, 2008, Plaintiff filed an Amended Proof of Service on Defendant with the Court.

5. I am informed and believe Defendant was served with the First Amended Complaint on or about July 6, 2008, as evidenced by the proof of service attached to the filed amendment.

6. I am informed and believe the Parties discussed settlement over a period of several months, but Defendant indicated on July 22, 2008, that he was abandoning his defense. On or about August 28, 2008, Defendant renewed his statement that Plaintiff should proceed with default.

7. I am unaware of any response to the Complaint or First Amended Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure, and have confirmed this on PACER on August 29, 2008. I am informed and believe that there has been no response to the Complaint or First Amended Complaint from Defendant.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 29th day of August, 2008, at Glendale, California.

                                                           /s/ Annie S. Wang
                                                          ANNIE S. WANG

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 29, 2008, I served on the interested parties in this action with the:

REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT

for the following civil action:

Adobe Systems Incorporated v. Max Acosta, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Max Acosta
843 N. La Fayette Park Pl.
Los Angeles, CA 90026

Place of Mailing: Glendale, California
Executed on August 29, 2008, at Glendale, California.

_____
Katrina Bartolome