**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 3, 2008

RE: <u>CV 08-02437 JSW</u>        <u>ADOBE SYSTEMS INCORPORATED-v- MAX ACOSTA, ET AL.</u>

Default is entered as to Max Acosta on September 3, 2008 .

RICHARD W. WIEKING, Clerk

*[signature]*

by<u>Hilary D. Jackson</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89