United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

v.

MAX ACOSTA, ET AL.,

    Defendants.
    _____/

No. C 08-02437 JSW

**ORDER OF REFERRAL**

On January 13, 2009, Plaintiff filed a motion for default judgment against Max Acosta and noticed it for hearing on February 20, 2009. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for February 20, 2009 is VACATED.

**IT IS SO ORDERED.**

Dated: January 14, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom