1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                       UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10 Adobe Systems Incorporated,           )   Case No. CV 08-2437 JSW
                                         )
11              Plaintiff,               )   [PROPOSED] ORDER VACATING, OR,
           v.                            )   IN THE ALTERNATIVE, CONTINUING
12                                       )   CASE MANAGEMENT CONFERENCE
   Max Acosta and Does 1 – 10, inclusive,)
13                                       )
                Defendants.              )
14

15      On or about September 11, 2008, the Court set a Case Management Conference on January

16 23, 2009, at 1:30 p.m. pursuant to prior administrative request.

        On or about September 3, 2008, Defendant's default was entered.
17
        Plaintiff is concurrently filing its Motion for Default Judgment for a requested hearing date
18 of February 20, 2009.

19      In light of the request, and good cause being shown, the Case Management Conference

20 currently on calendar for January 23, 2009, at 1:30 p.m., and all associated dates, are hereby

21 vacated, ~~or in the alternative, continued until _____, and all associated dates~~

22 ~~according~~ly.

   IT IS SO ORDERED.
23
   Dated:  January 14, 2009                    /s/ Jeffrey S. White
24                                             _____
                                               Hon. Jeffrey S. White
25 PRESENTED BY:                                United States District Judge
   J. Andrew Coombs, A Professional Corp.
26
   By:  /s/ Annie S. Wang
27       J. Andrew Coombs
         Annie S. Wang
28 Attorneys for Plaintiff Adobe Systems Incorporated

   Adobe v. Acosta, et al.: [Proposed] Order Vacating CMC      - 1 -