1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                       UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 | Adobe Systems Incorporated,              | ) | Case No. CV 08-2437 JSW (BZ) |
   |                                          | ) |                              |
11 |              Plaintiff,                  | ) | [PROPOSED] ORDER GRANTING    |
   |      v.                                  | ) | TELEPHONIC APPEARANCE FOR    |
12 |                                          | ) | HEARING ON PLAINTIFF'S MOTION|
   | Max Acosta and Does 1 – 10, inclusive,   | ) | FOR DEFAULT JUDGMENT         |
13 |                                          | ) |                              |
   |              Defendants.                 | ) | Date: March 18, 2009         |
14 |                                          | ) | Time: 10:00 a.m.             |
   |                                          | ) | Court: Hon. Bernard Zimmerman |
15

16     On or about January 20, 2009, the Court set the hearing on Plaintiff's Motion for Default

   Judgment on March 18, 2009, at 10:00 a.m.
17
       In light of the request for a telephonic appearance and good cause being shown, Plaintiff's
18
   request is granted.
19
       Plaintiff shall be available by telephone for the hearing on its Motion for Default Judgment
20
   on March 18, 2009, for ___ hours beginning at 10:00 a.m.
21
       IT IS SO ORDERED.
22
   Dated: February 27, 2009
23                                                  _____
                                                    Hon. Bernard Zimmerman
24                                                  United States Magistrate Judge

25 PRESENTED BY:                          If defendant appears plaintiff will not be permitted
   J. Andrew Coombs, A Professional Corp. to cross examine by telephone.  Counsel shall
26                                        **contact CourtCall, telephonic**
   By:   /s/ Annie S. Wang                **court appearances at**
27         J. Andrew Coombs               **1-888-882-6878, and make arrange-**
           Annie S. Wang                  **ments for the telephonic**
28 Attorneys for Plaintiff Adobe Systems Incorporated **conference call.**

Adobe v. Acosta et al.: [Proposed] Order Granting Telephonic         - 1 -
Request

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On February 26, 2009 I served on the interested parties in this action with the:
- REQUEST FOR TELEPHONIC APPEARANCE BY PLAINTIFF FOR HEARING ON MOTION FOR DEFAULT JUDGMENT
- [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE FOR HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

for the following civil action:

<u>Adobe Systems Incorporated v. Max Acosta, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Max Acosta
843 N. La Fayette Park Pl.
Los Angeles, CA 90026

Place of Mailing: Glendale, California
Executed on February 26, 2009, at Glendale, California.

_____
Katrina Bartolome